FILED '08 NOV 18 12:26 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SOCCERSPECIFIC.COM LLC, an )
Oregon Limited Liability Co., )
                              )
            Plaintiff,        )
                              )  Civil No. 08-6109-TC
     v.                       )
                              )  ORDER
WORLD CLASS COACHING, INC., a )
Kansas corporation, and MIKE  )
SAIF,                         )
                              )
            Defendants.       )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on October 17, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendants' motion (#10) to dismiss for lack of personal jurisdiction or, in the alternative, to transfer for improper venue is allowed to the extent this action is transferred to the U.S. District Court for the District of Kansas for all further proceedings. The remainder of the motion is denied as moot.

DATED this _____17th_____ day of November, 2008.

_____
United States District Judge

2    - ORDER